UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

**MERLE SYLVESTER and VICKI SYLVESTER**
**Plaintiff,**

CASE NO.: 6:12-cv-341-ORL-18-DAB

vs.

**GE CAPITAL RETAIL BANK f/k/a GE MONEY BANK, LVNV FUNDING, LLC, EXPERIAN INFORMATION SOLUTIONS INC. AND EQUIFAX INFORMATION SERVICES, LLC.**
**Defendants.**
_____/

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GE CAPITAL RETAIL BANK
170 West Election Road
Suite 125
Draper, Utah, 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine Hansley, Esq.
**C.S. HANSLEY LAW FIRM.**
283 CRANES Roost Boulevard, Suite 111
Altamonte Springs, Florida 32701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR -5 2012

_____
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

**MERLE SYLVESTER and VICKI SYLVESTER**
**Plaintiff,**

CASE NO.: 6:12-cv-341-ORL-18-DA

vs.

**GE CAPITAL RETAIL BANK f/k/a GE MONEY BANK, LVNV FUNDING, LLC, EXPERIAN INFORMATION SOLUTIONS INC. AND EQUIFAX INFORMATION SERVICES, LLC.**
**Defendants.**
_____/

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LVNV FUNDING LLC.
c/o Registered Agent
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine Hansley, Esq.
**C.S. HANSLEY LAW FIRM.**
**283 CRANES Roost Boulevard, Suite 111**
**Altamonte Springs, Florida 32701**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR - 5 2012              _Lori Kirkland_
                                *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

**MERLE SYLVESTER and VICKI SYLVESTER**
      **Plaintiff,**

CASE NO.: 6:12-cv-341-ORL-18-DAB

vs.

**GE CAPITAL RETAIL BANK f/k/a GE MONEY BANK, LVNV FUNDING, LLC, EXPERIAN INFORMATION SOLUTIONS INC. AND EQUIFAX INFORMATION SERVICES, LLC.**
      **Defendants.**
_____/

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
            c/o Registered Agent
            CT CORPORATION SYSTEM
            1200 SOUTH PINE ISLAND RD.
            PLANTATION FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Christine Hansley, Esq.
            **C.S. HANSLEY LAW FIRM.**
      **283 CRANES Roost Boulevard, Suite 111**
            **Altamonte Springs, Florida 32701**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____MAR - 5 2012_____            _____Lori Kirkland_____
                              *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

**MERLE SYLVESTER and VICKI SYLVESTER**
**Plaintiff,**

CASE NO.: 6:12-cv-341-ORL-18-9

vs.

**GE CAPITAL RETAIL BANK f/k/a GE MONEY BANK, LVNV FUNDING, LLC, EXPERIAN INFORMATION SOLUTIONS INC. AND EQUIFAX INFORMATION SERVICES, LLC.**
**Defendants.**
_____/

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUIFAX INFORMATION SERVICE, LLC.
c/o Registered Agent
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301-2525 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine Hansley, Esq.
**C.S. HANSLEY LAW FIRM.**
**283 CRANES Roost Boulevard, Suite 111**
**Altamonte Springs, Florida 32701**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR -5 2012

_____
*Signature of Clerk or Deputy Clerk*